1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In the Matter of the Application of
_____Alyssa B. Wright_____ ,

for Special Temporary Admission to the Bar of
the United States District Court for the District
of Puerto Rico as an Attorney for the United
States Government pursuant to Local Civil
Rule 83A(e)

Misc. No. 25-174 (RAM)

## Application for Special Temporary Admission and CM/ECF Registration

In accordance with Local Rule 83A(e), I am applying for special temporary admission to the Bar of the United States District Court for the District of Puerto Rico. In support of this application, I certify that I am an active member in good standing with the _____California_____ State Bar; that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the local rules of this Court, and the American Bar Association's Model Rules of Professional Conduct.

### PERSONAL DATA

- Name:

| Wright | Alyssa | B. | |
|---|---|---|---|
| (Last Name) | (First Name) | (MI) | (Suffix) |

- Puerto Rico/other State Bar ID Number: _____CA #329921_____

- Agency Affiliation: _____

    _____Department of Justice, Civil Rights Division, Special Litigation Section_____

- Mailing Address: _____950 Pennsylvania Avenue NW_____

    City: ____Washington____    State: __D C__    Zip Code: ___20 530___

    Phone Number: ____202-532-5836____    FAX Number: _____

- Email Address: _____alyssa.wright@usdoj.gov_____

- Date of Birth: ____03 0 4 1994____

### EDUCATION

Undergraduate School: _____Stanford University_____    Year Graduated: __2016__

Graduate School: _____    Year Graduated: _____

Law School: _____Stanford Law School_____    Year Graduated: __2019__

2

## BAR ADMISSIONS INFORMATION

☐  Date Admitted to the Puerto Rico Bar:  ___n/a_____

☐  If not admitted in Puerto Rico, list other State Bar admission(s), date(s) of admission(s), and Bar ID Number(s):

CA Bar #329921, Admitted on 01/06/2020

_____

_____

☐  Other Federal Court admission(s), date of admission(s), and Bar ID Number(s):

Admitted to Eastern District of Michigan (4/21/2021), Sixth Circuit (4/21/2021),

Ninth Circuit (2/24/2020), Eastern District of Virginia (1/4/2023),

Central District of California (3/26/2025)

## CERTIFICATE OF DISCIPLINARY ACTIONS

☒  I am not now, nor have I ever been subject to any disciplinary action by the Puerto Rico Bar or any other state bar in which I am a member.

☐  I am currently or have been subject to disciplinary action, and I have been reinstated or applied for reinstatement (attach a copy of the reinstatement order and/or application).

## CM/ECF REGISTRATION

I acknowledge that, upon approval of this application, I will request e-Filing access to the Court's Case Management/Electronic File system (NextGen) for the U.S. District Court of Puerto Rico pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Civil Rule 5, by following the step-by-step procedure detailed in the URL link below:

https://www.prd.uscourts.gov/sites/default/files/20211130-CMECFNG-How-to-Request-eFiling-Access.pdf

4/3/2025
_____
Date

_____
Signature

3

## CERTIFICATION IN SUPPORT OF APPLICATION

In accordance with the requirements of Local Civil Rule 83A(e)(3), I certify that I am personally acquainted with the applicant for special temporary admission, I know the applicant to be of good moral character and otherwise competent and eligible to be admitted to practice before the bar of the United States District Court for the District of Puerto Rico as an attorney employed or retained by the United States or its agencies and/or as a  representative of the United States or any of its officer or agencies in an official capacity.

Dated this ___3-d___ day of ___April___, 2025.

_____
Signature

Name:                              Paul Killebrew

Title:                             Deputy Chief

Agency:                            Department of Justice, Civil Rights Division

Agency's Name and Address:         Department of Justice

                                   950 Pennsylvania Avenue NW

                                   Washington, DC 20530

Telephone Number:                  202-532-3403